FILED
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8798

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Edgar Omar LEON-Garcia ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about August 29, 2008 within the Southern District of California, defendant Edgar Omar LEON-Garcia, did knowingly and intentionally import approximately 11.42 kilograms (25.12 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Stewart Harvey
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF SEPTEMBER 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
Edgar Omar LEON-Garcia

STATEMENT OF PROBABLE CAUSE

I, Special Agent Stewart Harvey, declare under penalty of perjury, the following is true and correct:

On August 29, 2008, at approximately 1040 hours, Edgar Omar LEON-Garcia entered the United States through the Calexico, California West Port of Entry. LEON was the driver and sole occupant of a 2008 Jeep Patriot bearing Baja California, Mexico license plate AJA7628.

Customs and Border Protection, Canine Enforcement Officer (CEO) Randolph and Customs and Border Protection Officer (CBPO) A. Garcia were conducting a pre-primary operation with his CEO Randolph's Narcotic Detector Dog (NDD), "Pina." CEO Randolph's NDD alerted and responded to the firewall (dash area) of the vehicle driven by LEON. CEO Randolph then notified CBPO A. Garcia and requested the vehicle be sent to the vehicle secondary lot for further inspection. CBPO A. Garcia then notified Primary CBPO Kjellberg of the positive alert.

Primary CBPO Kjellberg received a negative Customs declaration from LEON. When asked where he was going, LEON stated he was going to his sister's house in El Centro, California. CBPO Kjellberg then asked LEON where he works. LEON stated he sells clothes from his home in Mexicali, Mexico. When asked how long he has owned the vehicle, LEON stated three months. CBPO Kjellberg then requested the vehicle registration from LEON. CBPO Kjellberg noticed the vehicle registration stated the vehicle was registered on August 11, 2008. During the primary inspection, CBPO Kjellberg observed LEON become nervous as he was starring at CBPO with his eye wide open. CBPO Kjellberg also observed LEON become over friendly during the primary inspection. CBPO Kjellberg subsequently referred LEON and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Mendibles received a negative Customs declaration from LEON. When asked who the vehicle belonged to, LEON stated he owned the vehicle for three months. When asked where he was going, LEON stated he was going to his sister's house in El Centro, California at Victoria Ranch. During questioning, CBPO Mendibles observed LEON avoiding eye contact.

Upon further inspection of the vehicle, CBPO Mendibles discovered fifteen (15) packages containing a crystal substance, which field-tested positive for methamphetamine. A total of 11.42 kilograms (25.12 pounds) of methamphetamine were concealed in a non-factory compartment located in the firewall (dash area) of the vehicle.

LEON was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. LEON was then transported to the Imperial County Jail for processing.

Executed on 08/30/08 @ 0230 hours.

Stewart Harvey, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of __1__ page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 08/29/08 in violation of 21 U.S.C. §§ 952 & 960.

Leo S. Papas
United States Magistrate Judge

8/30/08 — 1200
Date/Time